UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA,

Plaintiff,

-against-

OFFICE OF ADMINISTRATION TRIALS AND HEARING (OATH), ET AL.,

Defendants.

26-CV-4155 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 28, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis*, that is, without prepayment of fees. Thereafter, on August 30, 2026, Plaintiff sought an extension of time until October 20, 2026 to file an amended complaint. (ECF 11.) To date, however, Plaintiff has not filed an amended complaint. Because Plaintiff signaled his intention to amend his complaint, as permitted by Rule 15 of the Federal Rules of Civil Procedure, the Court extends the time for Plaintiff to amend his complaint for 14 days from the date of this order.[1] If Plaintiff does not file an amended complaint within that time, the Court will treat the original complaint as the operative complaint and review it, 28 U.S.C. § 1915(e)(2)(B)(ii).

Under Rule 8 of the Federal Rules of Civil Procedure, Plaintiff's amended complaint need only be a short and plain statement of the claim, putting each defendant on notice of what the defendant allegedly did or failed to do that violated Plaintiff's rights.

[1] Plaintiff references his prior action, *Goonewardena v. City of New York*, No. 1:24-CV-05554-MMG-RFT (S.D.N.Y. Feb. 24, 2026), in which the claims raised in his Fifth Amended Complaint were dismissed with prejudice. In drafting his amended complaint, Plaintiff must therefore consider whether issue or claim preclusion bars any part of this action.

Plaintiff has submitted various updates to the Court by letter. (ECF 10-15.) At this stage, Plaintiff need not submit evidence or proof of his allegations, and he should desist from filing evidentiary material absent a procedural justification for doing so.

## CONCLUSION

Plaintiff's request for an extension of time to file an amended complaint (ECF 11) is granted, and the Court extends the time for 14 days. If Plaintiff does not file an amended complaint within that time, the Court will treat the original complaint as the operative complaint.

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or been granted e-filing privileges.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 5, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge